Certificate Number: 05781-VAE-DE-041657414

Bankruptcy Case Number: 26-12606

05781-VAE-DE-041657414

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 9, 2026, at 1:01 o'clock PM PST, Victor Frias Gonzalez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: November 9, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President